THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY SAVAGE SMITH, Appellant.

Submitted May 30, 2017; decided June 1, 2017

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERI W., Appellant.

Submitted May 8, 2017; decided June 1, 2017

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DIANE WORD, Appellant, v STATE OF NEW YORK et al., Respondents.

Decided June 1, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.